











Exhibit 1

Case 3:17-cv-04531-PGS-TJB   Document 15-1   Filed 11/10/17   Page 2 of 3 PageID: 373





**Corey Eulas**
Founder at Factorial Digital
June 25, 2012, Corey managed Chetan directly

While previously managing Chet, I observed him as a highly talented, motivated, and dedicated member of a team. I've seen Chet use his previous tactical and analytical financial skills and apply them to his marketing role at LexisNexis helping law firms grow their business through online marketing. Not only just an SEO expert, Chet eagerly jumped into a large project on building a performance dashboard for senior executives to monitor progress.

Chet was able to build long lasting relationships with his clients and his team members, while managing a very difficult and demanding workload. Chet continued to motivate his colleagues, think outside the box and was always forth coming with new ideas and operational improvements. He developed a strategy to save the company 30% by eliminating an un-necessary vendor.

If any company is looking for a superstar internet marketer, excel wizard, analytical, personable and all around bright guy - Chet is your man.

**Andrea Lyn Van Benschoten**
Digital Marketing Manager | Publishing Professional | SEO Communications Specialist
June 22, 2010, Andrea Lyn managed Chetan directly

Chet is an incredibly hard-working professional who always seeks to increase his knowledge. He is an excellent part of the team and takes being part of a team seriously by extending his hand often. Whether offering to help a new team member better understand their role or working to comprehend how a specific process makes a fellow team member more efficient, Chet never ceases to be a solid member of the team. He is a quality professional and a even better individual!



Messaging