# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

**(609) 989-2040**

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

February 5, 2018

## LETTER ORDER

Re:     **Scott D.H. Redman v. Capital Advance Solutions, LLC**
        **Civil Action No. 17-4531 (PGS)**

Dear Parties:

The Court has reviewed Respondent Dan Logan's ("Respondent") December 14, 2017

Certification and finds that it is adequately responsive. Respondent describes the material

searched, e.g. vendor files and business contracts; whether manual search of paper files or

whether utilized key terms (identified the terms) to search electronic documents.   If unable to

produce, Respondent states why, e.g. Third Party Records.   Respondent states, "CAS is not in

possession of telephone records maintained by First Pacific Marketing and Channel Growth, the

companies responsible for vetting businesses." *Respondent's Certification* at 4.   Respondent

explains his efforts to seek information from other individuals/entities.   Respondent further

states,

> "Capital Advance Solutions is no longer operating.   I am the only
> employee, only staying on to address the Petitioner's discovery request.
> Most of CAS' staff was laid off in March of 2017.   The Atlantic City
> Office was closed in April of 2017.   I am the only person employed by
> CAS tasked with responding to the subpoena served on April 28, 2017.
> There has been no one else under my control to seek information from.
> As far as individuals or entities over which I do not have control over, I
> have identified First Pacific Marketing and Channel Growth as vendors
> responsible for vetting businesses seeking loans from CAS.   I also identify

former employees below."
*Respondents Certification* at 4.

The Court will not require a further response. The Court will, however, consider

awarding fees and costs associated with the filing of this Motion.   Petitioner should

identify/apportion costs and fees for the initial filing and for each subsequent submission.   This

information is to be submitted to the Court by **March 5, 2018**.   Any objection by Respondent

should be submitted to the Court by **March 26, 2018**.

> **IT IS SO ORDERED.**

> _____s/ Tonianne J. Bongiovanni_____
> **TONIANNE J. BONGIOVANNI**
> **United States Magistrate Judge**