**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(609) 989-2040**

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

June 19, 2018

**<u>LETTER ORDER</u>**

Re:   **<u>Redman v. Capital Advance Solutions, LLC</u>**
      **Civil Action No. 17-4531 (PGS)**

The Clerk of the Court is directed to close this case.

   **IT IS SO ORDERED.**

          s/ Tonianne J. Bongiovanni
     **TONIANNE J. BONGIOVANNI**
     **United States Magistrate Judge**