PETER E. LEMBESIS, ESQ.,
 NJ Attorney ID #031952006
DUNN LAMBERT, L.L.C.
The Atrium
East 80 Route 4
Paramus, New Jersey  07652
Tel:    (201) 291-0700
Fax:    (201) 291-0140
HCohen@NJBizlawyer.com
PLembesis@NJBizlawyer.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ADVANCE SOLUTIONS, LLC, a New Jersey limited liability company,<br><br>  Defendant. | Civil Action No. 3:17-cv-4531-PGS-TJB<br><br><br><br>**NOTICE OF MOTION FOR ENTRY OF JUDGMENT** |

TO:   **Christopher D. Devanny, Esq.**
      Kent & McBride PC
      555 Route 1 South
      Suite 440
      Iselin, New Jersey 08830
      cdevanny@kentmcbride.com

**COUNSEL**:

**PLEASE TAKE NOTICE** that on **Monday, August 6, 2018**, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff, by and through his counsel, Dunn Lambert, L.L.C., shall move before the United States District Court for the District of New Jersey for the entry of final judgment against Defendant.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall reply upon the accompanying Certification of counsel in support of the within Motion. A proposed form of Judgment is enclosed.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff requests oral argument in the event that timely opposition is filed and served.

DUNN LAMBERT L.L.C.<br>
Attorneys for Plaintiff<br><br>
By: _____<br>
PETER E. LEMBESIS

Dated: July 13, 2018

## CERTIFICATION OF SERVICE

I hereby certify that on the date set forth below, I caused the within Notice of Motion, supporting Certification, and proposed form of Order to be served upon Defendant's counsel, named above, via ECF.

_____<br>
PETER E. LEMBESIS

Dated: July 13, 2018