PETER E. LEMBESIS, ESQ.,
 NJ Attorney ID #031952006
DUNN LAMBERT, L.L.C.
The Atrium
East 80 Route 4
Paramus, New Jersey   07652
Tel:     (201) 291-0700
Fax:    (201) 291-0140
HCohen@NJBizlawyer.com
PLembesis@NJBizlawyer.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ADVANCE SOLUTIONS, LLC, a New Jersey limited liability company,<br><br>    Defendant. | Civil Action No. 3:17-cv-4531-PGS-TJB<br><br><br>**DECLARATION OF COUNSEL IN SUPPORT OF THE ENTRY OF JUDGMENT** |

  **PETER E. LEMBESIS**, of full age, hereby declares as follows:

  1. I am an attorney at law of the State of New Jersey and a member of Dunn Lambert, L.L.C., attorneys for Plaintiff/Petitioner.  As such, I have personal knowledge of the facts contained herein and am authorized to make this declaration on Plaintiff's behalf.

  2. On June 20, 2017, Plaintiff commenced this action to enforce a subpoena issued in an action pending in the Northern District of Illinois.  (Docket Entry #1).

3. On May 14, 2018, the Court entered an Order directing Defendant/Respondent Capital Advance Solutions ("Capital") to pay Plaintiff $14,091.00 in attorney's fees and costs arising from Plaintiff's efforts to enforce the afore-mentioned subpoena. The Court directed that payment was to be made within 30 days of the date of the Order. (Docket Entry #23, p. 8).

4. Thirty (30) days have now expired since the entry of the Order. Capital has failed to make payment. Accordingly, Plaintiff respectfully requests the Court enter judgment, in the amount of $14,091.00, in favor of Plaintiff and against Defendant.

I declare under penalty of perjury under the laws of the State of New Jersey and the United States of America that the foregoing is true and correct.

_____
PETER E. LEMBESIS

Dated: July 13, 2018