# KENT/McBRIDE

1715 Highway 35, Suite 305
Middletown, NJ, 07748
Phone: 732 326 1711
Fax: 732 326 1830
www.kentmcbride.com

Christopher D. Devanny, Esquire
Direct Dial: 732 781 1307
cdevanny@kentmcbride.com

August 7, 2018

**Via: E-FILE**
Honorable Peter G. Sheridan
Federal District Court of New Jersey
Trenton, New Jersey

RE:     **Scott D. H. Redman v. Capital Advance Solutions**
        **Case No.: 17-4531**
        **Our File No.:   263.91218**

Dear Judge Sheridan:

This office represents, Capital Advance Solutions, LLC relative to the above-referenced matter.

An appearance is scheduled tomorrow before Your Honor regarding the recent default entered against my client. Capital Advance Solutions is no longer operating. Its former principals have directed me not to appear in person at the conference in order to avoid any further legal fees.  Accordingly, I request that the matter be adjourned so that I may file a request to be relieved as counsel.

Should Your Honor have any further questions or concerns, please feel free to contact the undersigned.  Thank you.

Respectfully submitted,

Christopher D. Devanny (3719)

CDD/vr
Encl.
cc:     Peter E. Lembesis, Esq. (Via: Email, plembesis@njbizlawyer.com)

G:\C Devanny\Capital Advance Solutions\Redman\Court Emails\2018 8-7 ltr to court re not appearing for motion.wpd

Philadelphia, PA • Blue Bell, PA • Pittsburgh, PA • Cherry Hill, NJ • Pleasantville, NJ • Wilmington, DE • New York, NY

