PETER E. LEMBESIS, ESQ.,
 NJ Attorney ID #031952006
DUNN LAMBERT, L.L.C.
The Atrium
East 80 Route 4
Paramus, New Jersey   07652
Tel:   (201) 291-0700
Fax:   (201) 291-0140
HCohen@NJBizlawyer.com
PLembesis@NJBizlawyer.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ADVANCE SOLUTIONS, LLC, a New Jersey limited liability company,<br><br>Defendant. | Civil Action No. 3:17-cv-4531-PGS-TJB<br><br><br>**JUDGMENT** |

THIS MATTER having been presented to the Court upon the application of Plaintiff for entry of judgment against Defendant; and good cause appearing;

IT IS, ON THIS ___19___ DAY OF __Nov_____, 2018,

ORDERED AND ADJUDGED AS FOLLOWS:

**JUDGMENT in favor of Plaintiff, SCOTT D.H. REDMAN, and against Defendant, CAPITAL ADVANCE SOLUTIONS, LLC,** be and the same is hereby entered in the amount of **$14,091.00,** together with interest thereon from the date hereof, and costs to be taxed.

Plaintiff shall be entitled to collect from Defendant the reasonable post-judgment attorneys' fees and expenses which Plaintiff incurs in enforcing and collecting upon this Judgment.

_____
Peter G. Sheridan, U.S.D.J.